UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>             Plaintiff,<br><br>        v.<br><br>VASQUEZ, et al.,<br><br>             Defendants. | No. 1:19-cv-00367-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

Plaintiff Larry William Cortinas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2020, the assigned magistrate judge filed a screening order, finding that plaintiff's first amended complaint (Doc. No. 12) states a cognizable excessive force claim but that remaining claims were not cognizable. (Doc. No. 14.) The judge granted plaintiff leave to amend. (*Id.* at 6.)

On February 12, 2020, Plaintiff filed a second amended complaint. (Doc. No. 15.) Upon screening, the magistrate judge found that the amended complaint states cognizable claims of excessive force, sexual assault, and deliberate indifference pursuant to 42 U.S.C. § 1983, but it fails to state cognizable claims under the Americans with Disabilities Act (ADA) or the Rehabilitation Act. (Doc. No. 16 at 4-8.) The judge further found that plaintiff's request to refer

criminal charges to the U.S. Attorney's Office is not permissible. (*Id.* at 8.) Given plaintiff's two opportunities to amend, the magistrate judge found that further amendment would be futile. (*Id.* at 1.)

Accordingly, on March 23, 2020, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's claims under the ADA and the Rehabilitation Act be dismissed, and that plaintiff's request for a referral of criminal charges to the U.S. Attorney's Office be dismissed. (Doc. No. 16.) The magistrate judge provided plaintiff 21 days to file objections to the findings and recommendations. (*Id.* at 9.) Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed on March 23, 2020 (Doc. No. 16) are adopted in full;
2. Plaintiff's claims under the Americans with Disabilities Act and the Rehabilitation Act are dismissed;
3. Plaintiff's claims of excessive force, sexual assault, and deliberate indifference to serious medical needs under 42 U.S.C. § 1983 are allowed to proceed;
4. Plaintiff's request for a referral of criminal charges to the U.S. Attorney's Office is dismissed; and,
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 10, 2020**

UNITED STATES DISTRICT JUDGE