# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VASQUEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 27) |

Defendants filed a motion requesting a 45-day extension of time to respond to Plaintiff's complaint. (Doc. 27.) Although the time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion has not yet passed, *see* Local Rule 230(l), the Court deems neither necessary here.

Good cause appearing, the Court GRANTS Defendants' motion. Defendants shall respond to Plaintiff's complaint by October 8, 2020.

IT IS SO ORDERED.

Dated:   **August 24, 2020**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE