UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>VASQUEZ, et al.,<br><br>                    Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 38) |

This matter is set for a settlement conference before Magistrate Judge Erica P. Grosjean on April 15, 2021. (Doc. 37.) Plaintiff moves the Court for a writ of *habeas corpus ad testificandum* to allow him to appear remotely. (Doc. 38.) Plaintiff's motion is unnecessary. The Court will issue a writ of *habeas corpus ad testificandum* if and when appropriate. The Court, therefore, DISREGARDS the motion.

IT IS SO ORDERED.

Dated:   **January 7, 2021**                           /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE