UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>VASQUEZ, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>(Doc. 41) |

    On March 16, 2021, Plaintiff filed a motion requesting a writ of *habeas corpus ad testificandum* that commands the warden of California State Prison, Sacramento, to produce Plaintiff for a scheduled Zoom settlement conference on April 14, 2021. (Doc. 41.) However, on March 12, 2021, the Court continued the settlement conference to May 3, 2021. (Doc. 40.)

    Based on the foregoing, the Court DENIES Plaintiff's motion. Plaintiff need not file a motion requesting a writ for the May 3, 2021 conference date; the Court will issue one as appropriate.

IT IS SO ORDERED.

Dated:   **March 17, 2021**               /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE