# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>  Plaintiff,<br><br>v.<br><br>VASQUEZ, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>ORDER RE: MOTION TO EXCUSE DEFENDANTS' AVAILABILITY DURING SETTLEMENT CONFERENCE<br><br>(ECF No. 47) |

This case is set for a settlement conference on May 3, 2021. (ECF No. 40). Pursuant to the Order Regarding Settlement Conference Procedures, the individual defendants are required to be available by telephone during the conference. (Id. at 1 n. 1).

On April 27, 2021, Defendants filed a motion to excuse Defendants from being available by telephone during the settlement conference. (ECF No. 47). Defendants argue that the "Court should excuse the Defendants from being available because any settlement monies will be paid by the California Department of Corrections and Rehabilitation (CDCR) and the individual Defendants do not possess authority to bind CDCR to a settlement. Thus, their availability is not necessary for effective settlement negotiations or an enforceable agreement." (Id. at 1). "Further, requiring individual Defendants to be available by phone may cause hardship, as CDCR may be required to get coverage for Defendants if they are working on that day." (Id. at 3).

The Court does not find many of Defendants' arguments persuasive. This is a case against individual defendants and not the CDCR. Those individuals likely have relevant

1

information about the events underlying the case. They are the ones who risk a trial and personal judgment if the case does not settle. Ultimately, they are the settling parties even if CDCR has agreed to pay the settlement.

As to Defendants' argument regarding hardship, Defendants make no representation as to the burden of having these individual defendants available by telephone. Instead, Defendants argue that the CDCR "may" be required to get coverage "if" Defendants are working. Again, the Court has only required Defendants to be available by telephone—not to participate in the conference.

Nevertheless, the Court finds that participation from Defendants is not necessary for an effective settlement conference in this instance, and IT IS ORDERED that Defendants are excused from the requirement that they be available by telephone during the conference.

IT IS SO ORDERED.

Dated: **April 29, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE