UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VASQUEZ, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO FILE MOTION IN CASE NO. 2:20-cv-01067-JAM-JDP**<br><br>(Doc. 52) |

Plaintiff Larry William Cortinas, a state prisoner proceeding *pro se*, has filed a document titled, "Ex Parte Request for a Hearing on Preliminary Injunction Motion." (Doc. 52.) Upon review of the document, as well as the docket in *Cortinas v. Soltanian, et al.*, No. 2:20-cv-01067-JAM-JDP (E.D. Cal.), it appears that Plaintiff intended to file the document in the latter case. Accordingly, the Court DIRECTS the Clerk of the Court to (1) file Plaintiff's motion in case no. 2:20-cv-01067-JAM-JDP and (2) administratively terminate the motion in this case.

IT IS SO ORDERED.

Dated: __**July 13, 2021**__　　　　　　　　　　___/s/ *Sheila K. Oberto*___
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE