UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ, et al.,<br><br>Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**<br><br>(Doc. 53) |

Defendants move for an extension of time to respond to Plaintiff's first set of discovery requests, up to and including September 13, 2021. (Doc. 53.) Plaintiff has not filed an opposition or a statement of non-opposition to Defendants' motion, and the time to do so has passed. *See* Local Rule 230(l).

Good cause appearing, the Court GRANTS Defendants' motion. Defendants shall respond to Plaintiff's first set of discovery requests by September 13, 2021.

IT IS SO ORDERED.

Dated:   **August 9, 2021**          /s/ *Sheila K. Oberto*                    
                                    UNITED STATES MAGISTRATE JUDGE