UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VASQUEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER AND STAYING DISCOVERY**<br><br>(Doc. 55)<br><br>**ORDER DISREGARDING MOTION AS MOOT**<br><br>(Doc. 58) |

　　　　On August 3, 2021, Defendants filed a motion to modify the Court's discovery and scheduling order to extend the deadline to file motions challenging the exhaustion of administrative remedies to October 5, 2021. (Doc. 55.) The deadline was August 6, 2021. (Doc. 51.) Defendants also moved to extend the deadline to respond to Plaintiff's outstanding merits-based discovery requests until the Court rules on their anticipated exhaustion-based motion for summary judgment. (Doc. 55 at 6.)

　　　　Plaintiff filed an opposition to Defendants' motion on August 13, 2021. (Doc. 57.) Plaintiff does not address the substance of Defendants' motion—such as whether Defendants have shown good cause to modify the discovery and scheduling order. Instead, Plaintiff appears

to argue the merits of his case and that he properly exhausted his administrative remedies prior to filing suit. (*See generally id.*)

On August 26, 2021, Defendants filed a motion for an extension of time to file a reply to Plaintiff's opposition, as well as for a second extension of time to respond to Plaintiff's first set of discovery requests. (Doc. 58.)

Upon review of Defendants' motion to modify the discovery and scheduling order, the Court finds good cause to grant Defendants' request. Accordingly, the motion (Doc. 55) is **GRANTED**. The deadline to file motions challenging the exhaustion of administrative remedies is extended to October 5, 2021.

In addition, discovery in this matter is **STAYED**, except for discovery pertaining to exhaustion of administrative remedies, until the Court rules on Defendants' anticipated exhaustion-based motion for summary judgment. If that motion is denied, Defendants shall respond to Plaintiff's outstanding merits-based discovery within 45 days of the denial. If necessary, the Court will extend the discovery cutoff date accordingly.

Lastly, Defendants' motion for extensions of time to file a reply and to respond to Plaintiff's first set of discovery requests (Doc. 58) is **DISREGARDED** as moot.

IT IS SO ORDERED.

Dated:  **August 27, 2021**              */s/ Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE