UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ, et al.,<br><br>Defendants. | Case No. 1:19-cv-00367-NONE-SKO (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>(Doc. 63) |

Defendants move for an extension of time to file a reply to Plaintiff's opposition to their motion for summary judgment. (Doc. 63.) The time to file an opposition or a statement of non-opposition to Defendants' motion for an extension has not yet passed, *see* Local Rule 230(l); however, the Court finds neither necessary here because it finds good cause to grant the request.

Accordingly, Defendants' motion for an extension of time is GRANTED. Defendants shall have until November 12, 2021, to file a reply.

IT IS SO ORDERED.

Dated:   **October 22, 2021**          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE