UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br>        Plaintiff,<br><br>v.<br><br>VASQUEZ, *et al.*,<br>        Defendants. | 1:19-cv-00367-JLT-SKO  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **LARRY WILLIAM CORTINAS, CDCR #P-09908, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: March 17, 2022<br>TIME:  10:00 a.m. |

**Inmate Larry William Cortinas, CDCR #P-09908**, a necessary and material witness on his own behalf in an Evidentiary Hearing on March 17, 2022, is confined at the California Medical Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Sheila K. Oberto on March 17, 2022, at 10:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the evidentiary hearing conference, or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** at the time and place above, until completion of the evidentiary hearing, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **February 18, 2022**           /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE