1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY WILLIAM CORTINAS,                    Case No. 1:19-cv-00367-JLT-SKO (PC)

12                 Plaintiff,                     **ORDER DISCHARGING WRIT OF
                                                 HABEAS CORPUS AD TESTIFICANDUM
13          v.                                   AS TO INMATE LARRY WILLIAM
                                                 CORTINAS NO. P-09908**
14    VASQUEZ, et al.,

15                 Defendants.

16

17

18

19          As the matter previously scheduled for March 17, 2022, at 10:00 a.m. has been continued

20    to a later date, Inmate Larry William Cortinas, CDCR No. P-09908, is no longer needed by the

21    Court as a participant in proceedings on that date; therefore, the writ of habeas corpus ad

22    testificandum as to this inmate is HEREBY DISCHARGED.

23

24    IT IS SO ORDERED.

25    Dated:   **March 8, 2022**                        /s/ *Sheila K. Oberto*

26                                               UNITED STATES MAGISTRATE JUDGE

27

28