UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>              Plaintiff,<br><br>       v.<br><br>VASQUEZ, et al.,<br><br>              Defendants. | Case No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE OF THE EVIDENTIARY HEARING DATE AS MOOT**<br><br>(Doc. 86) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 11, 2022, Plaintiff filed a "Request for a Continuance from March 17, 2022 until April 21, 2022." (Doc. 66.) Although not expressly stated, Plaintiff's request for a continuance concerns the evidentiary hearing previously scheduled for March 17, 2022. Plaintiff provides six reasons for his request, including a transfer from a previous facility in January 2022 followed by a period of quarantine due to COVID-19, a lack of access to the law library, and his efforts to obtain "the INVESTIGATIVE LOG FROM CORCORAN APPEALS office." (Doc. 66 at 1-2.) As discussed below, Plaintiff's request is moot.

First, the undersigned notes Plaintiff's request is signed and dated February 17, 2022, (Doc. 66 at 2), despite the fact it was filed more than three weeks later. Therefore, Plaintiff's request predates the teleconference that occurred between the parties and the undersigned on

1  March 8, 2022. (Doc. 84.) At the teleconference, the parties agreed, and the court subsequently
2  ordered that the evidentiary hearing would be continued from March 17, 2022, to April 19, 2022,
3  at 10:30 a.m. (*Id*.) Accordingly, the evidentiary hearing has already been continued.
4      Regarding Plaintiff's concerns of library access and receipt of documentation maintained
5  by the Appeals Office at Corcoran State Prison, those matters have also been addressed.
6  Plaintiff's PLU library status was addressed prior to the teleconference, (*see* Doc. 81), and was
7  further confirmed during the teleconference. Additionally, according to the Declaration filed on
8  March 4, 2022, counsel for Defendant J. Chen has since provided Plaintiff with the
9  documentation he sought from California State Prison, Corcoran. (See Doc. 81-2, ¶ 3 & Exhibits.)
10     Based on the foregoing reasons, the Court DENIES Plaintiff's request for a continuance,
11 (Doc. 86), as moot.

IT IS SO ORDERED.

Dated: **March 16, 2022**         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE