UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>VASQUEZ, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE JUNE 22, 2022, HEARING**<br><br>(Doc. 108) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    BACKGROUND**

This matter is currently scheduled for an evidentiary hearing on June 22, 2022, at 10:00 a.m., via Zoom videoconference.

On April 15, 2022, Defendants Fisher, Ramos, Vasquez, and Washington filed a Motion for Administrative Relief, seeking to continue the evidentiary hearing due to the unavailability of defense counsel. (Doc. 108.) Although the time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion has not yet passed, *see* Local Rule 230(l), the Court deems neither necessary here.

//

//

## II. DISCUSSION

Defense counsel Janet N. Chen declares she is unavailable for the evidentiary hearing currently set for June 22, 2022, because she will be in trial in another matter commencing on June 20, 2022. That matter will last three to four days and has been scheduled for trial for more than seven months. (Doc. 108 at 3.) Defense counsel also indicated she was unavailable on July 15, 2022, but was otherwise available in June, July, and August 2022 to participate in an evidentiary hearing in this matter. (*Id*.)

Following consideration of the undersigned's availability, caseload and calendar and cause appearing, the evidentiary hearing currently set for June 22, 2022, will be continued to **August 2, 2022, at 10:00** a.m. via Zoom videoconference.

## III. CONCLUSION AND ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. The evidentiary hearing is continued to **Tuesday, August 2, 2022, at 10:00 a.m. via Zoom videoconference**;
2. Defendants shall arrange for Plaintiff's participation via Zoom videoconference as previously ordered;
3. By no later than July 1, 2022, Defense counsel shall confer with Plaintiff concerning documentary evidence to be presented at the hearing, and the parties shall identify the documents and exchange copies by no later than July 8, 2022, and
4. Defense counsel shall lodge an exhibit list detailing the documentary evidence (with applicable exhibit numbers) that both sides seek to introduce at the hearing, and shall provide copies of the evidence via email to SKOorders@caed.uscourts.gov, no later than July 26, 2022.

IT IS SO ORDERED.

Dated:   **April 18, 2022**                                     /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE