UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>VASQUEZ, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER DIRECTING WARDEN OF CALIFORNIA MEDICAL FACILITY TO POSTPONE SURGERY**<br><br>(Docs. 115 & 116) |

Plaintiff, Larry William Cortinas, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

This matter is currently scheduled for an evidentiary hearing on **August 2, 2022**, **at 10:00 a.m.**

On May 16, 2022, Plaintiff filed "Plaintiff's Motion for an Order Directing Jennifer Benavidez Warden of California Medical Facility to Postpone Cervical Surgery Until After June 22, 2022" (Doc. 115) and "Ex Parte Request for an Order to Shorten Time for the Hearing on Plaintiff's Motion for an Order" (Doc. 116).

For the reasons stated below, the Court denies Plaintiff's motion and request.

//

## II.  DISCUSSION

### A.  Motion Filed May 16, 2022 (Doc. 115)

Plaintiff asks this Court to issue an order directing that Jennifer Benavidez, Warden of the California Medical Facility (CMF), postpone Plaintiff's cervical surgery until after the evidentiary hearing "scheduled for JUNE 22, 2022." (Doc. 115 at 1.) Plaintiff advises he is scheduled to undergo cervical surgery to implant a device at "C-5C-6/ C-6 C-7" that may affect his ability to speak and use his hands, which, in turn, would affect his ability to represent himself at the hearing. (*Id*.) Plaintiff states that if he were to seek a delay of the surgery himself, his request "could be used to prevent the surgery" from occurring because it would be treated as a refusal or declination of care. (*Id*.) Alternatively, Plaintiff contends that defense counsel contact physician Bethlem Haile, M.D., to "explain that any scheduled procedure prior to [J]une 22, 2022 [should] be delayed." (*Id*. at 1-2.) Plaintiff declares he would rather incur a delay in surgery than a delay in these proceedings. (*Id*. at 4, ¶¶6-8, 11.) Plaintiff declares that recovery following surgery "should not take more than 60 days" wherein Plaintiff will regain use of his voice and hands. (*Id*. at 4, ¶ 9.)

Plaintiff's motion refers to June 22, 2022, as the date for the evidentiary hearing. However, on April 19, 2022, this Court issued an order resetting the evidentiary hearing to August 2, 2022. (*See* Doc. 110.) Thus, if Plaintiff were to undergo surgery on May 25, 2022,[1] he would have approximately 69 days within which to recover before the August 2, 2022, evidentiary hearing. Additionally, since the August 2, 2022, evidentiary hearing will be conducted via Zoom Videoconference, Plaintiff's participation via videoconference, which does not require transportation from his current facility to the courthouse, is not likely to negatively affect any potential continuing recovery.

Plaintiff's motion seeks an order directed to the Warden at CMF to postpone his upcoming cervical surgery. (Doc. 115 at 1.) Even if the anticipated May 25, 2022 surgery impacted the evidentiary hearing, since the evidentiary hearing was continued to August 2, 2022, the Court may not have jurisdiction to issue such an order to the Warden at CMF. This action

---

[1] The date of surgery – May 25, 2022 – is referenced in the "Ex Parte" request or motion. (Doc. 116.)

proceeds against Defendants Vasquez, Washington, Fisher and Ramos, all of whom are employed at California State Prison, Corcoran. In any event, because Plaintiff's motion has been rendered moot by the Court's April 19, 2022 order resetting the evidentiary hearing to August 2, 2022, the issue need not be addressed.

### B.  Request Filed May 16, 2022 (Doc. 116)

Plaintiff seeks "an order to shorten time for the hearing" on his motion. (Doc. 116.) Plaintiff advises he believes he will undergo surgery May 25, 2022. (*Id*.)

As set forth above, the evidentiary hearing in this matter is scheduled for August 2, 2022, rather than the earlier date referenced in Plaintiff's motion. Because Plaintiff's motion will be denied for reasons explained above, there is no need to shorten time or hold a hearing.

### III.   CONCLUSION AND ORDER

For the reasons stated above, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion filed May 16, 2022 (Doc. 115) is DENIED as moot;
2. Plaintiff's request filed May 16, 2022 (Doc. 116) is DENIED as moot; and
3. The Clerk of the Court is directed to re-serve a courtesy copy of the Court's April 19, 2022, Order (Doc. 110) to Plaintiff via email to the Litigation Coordinator at the California Medical Facility.

IT IS SO ORDERED.

Dated:   **May 23, 2022**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE