UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VASQUEZ, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DENIAL OF REQUEST TO RE-OPEN DISCOVERY**<br><br>(Doc. 118) |

Plaintiff, Larry William Cortinas, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　INTRODUCTION**

This matter was previously set for an evidentiary hearing on August 2, 2022, to determine whether Plaintiff administratively exhausted his claims and whether administrative remedies were available to Plaintiff.

On May 31, 2022, Plaintiff filed a document titled "Objection to the May 11th 2022 Order Denying a Request to Re-Open Discovery for a Limited Scope as Described to Establish Unavailability of Administrative Remedies." (Doc. 118.)

On June 6, 2022, the Court issued an order vacating the August 2, 2022, evidentiary hearing and directing Defendants to file supplemental briefing. (Doc. 119.)

## II. DISCUSSION

On June 6, 2022, the Court directed Defendants to file supplemental briefing on the issue of administrative exhaustion and the Ninth Circuit Court of Appeals' recent decision in *Saddozai v. Davis*.[1] (Doc. 119 at 3.) Plaintiff will have an opportunity to respond to Defendants' supplemental briefing should he elect to do so. (*Id*. at 3.)  Discovery, whether related to the exhaustion of administrative remedies or the merits of Plaintiff's claims, will be stayed pending the Court's review and consideration of the supplemental briefing or until further order of the Court.

Plaintiff's objections to the Court's May 11, 2022, Order denying his request to re-open discovery are moot in light of the Court's June 6, 2022, Order directing supplemental briefing and vacating the evidentiary hearing, and will be overruled.

## III. CONCLUSION AND ORDER

For the reasons stated above, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections filed May 31, 2022 (Doc. 118) are OVERRULED as MOOT; and
2. Discovery is STAYED pending this Court's consideration of the anticipated supplemental briefing or until further order of the Court.

IT IS SO ORDERED.

Dated:   **June 9, 2022**                              /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] *Saddozai v. Davis*, ___ F.4th ___, Ninth Circuit Court of Appeals, No. 20-17519, 2022 WL 1613616 (May 23, 2022).