UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br>             Plaintiff,<br><br>v.<br><br>VASQUEZ, *et al.*,<br>             Defendants. | 1:19-cv-00367-JLT-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **LARRY WILLIAM CORTINAS, CDCR #P-09908, BY TELEPHONIC CONFERENCE**<br><br>DATE: **August 9, 2022**<br>TIME: **2:00 p.m.** |

      **Inmate Larry William Cortinas, CDCR #P-09908**, a necessary and material witness on his own behalf at a Status Conference on August 9, 2022, is confined at the California Medical Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephonic conference** before Magistrate Judge Sheila K. Oberto on August 9, 2022, at 2:00 p.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by telephonic conference** before the United States District Court at the time and place above, until completion of the status conference, or as ordered by the court. **Telephone Number 888-557-8511; Access Code 6208204.**

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility**

      **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by telephonic conference** at the time and place above, until completion of the status conference, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

DATED: 8/4/2022

                                                      /s/ *Sheila K. Oberto*
                                                  United States Magistrate Judge

