UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VASQUEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANTS' FAILURE TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**RESPONSE DUE SEPTEMBER 15, 2022** |

　　This matter is set for a settlement conference before Magistrate Judge Sheila K. Oberto on **September 27, 2022, at 10:15 a.m**. (*See* Docs. 125 [minute order] & 126.) In its Order Re Settlement Conference and Settlement Conference Procedures, issued August 10, 2022, the parties were ordered, in relevant part, as follows:

> If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than **September 13, 2022**. Defendants shall email their statement to skoorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room 1501, Fresno, CA 93721.
>
> Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

(Doc. 126 at 2, ¶ 5.) Despite this directive, the Court has not received a confidential settlement conference statement from any party as of September 14, 2022.

While Plaintiff's submission may be understandably delayed as it was to be submitted by mail, Defendants' submission was to be provided via email to avoid any delay. The Court has had no communication from counsel for Defendants that would explain the reason for Defendants' failure to file the confidential settlement conference statement no later than September 13, 2022, in accordance with the Court's order. Nor has defense counsel filed a notice with the Court indicating any such submission has been made.

Accordingly, the Court ORDERS Defendants to show cause in writing, **no later than Thursday, September 15, 2022**, why sanctions should not be imposed for their failure to submit a confidential settlement conference statement as ordered.  Alternatively, within that same time, Defendants may submit their confidential settlement conference statement to skoorders@caed.uscourts.gov and file a notice of submission of same with the Court.

**<u>Failure to comply with this order may result in the imposition of sanctions for a failure to obey court orders</u>**.

IT IS SO ORDERED.

Dated:   **September 14, 2022**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE