UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>          Plaintiff,<br><br>     v.<br><br>VASQUEZ, et al.,<br><br>          Defendants. | No. 1:19-cv-0367 JLT SKO (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR RELIEF<br><br>(Doc. 70) |

Larry William Cortinas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion requesting relief from the Court's order related to "district judge availability to hear matters in the Eastern District of California." (Doc. 70.) Previously, the Court informed the parties:

> [U]ntil a new district judge is appointed to fill at least one of the two long− standing vacancies in the Fresno courthouse and is able to begin hearing cases, the parties in ALL civil Unassigned/NONE cases are hereby advised they should expect that no matter in any of those cases will be addressed by a district judge.[] For practical purposes, this means that all matters set before the district judge in these cases are effectively STAYED until further notice.

(Doc. 65 at 2.) Plaintiff appears to request the stay be lifted and the case proceed. (Doc. 70.)

Notably, both vacancies in the Fresno division of the Eastern District have been filled. The action has continued to move forward, and the Findings and Recommendations referred to the District Judge will be addressed. Furthermore, no formal stay was imposed by the Court,

1

which has endeavored to address matters as soon as is practicable given its heavy caseload. Accordingly, the Court **ORDERS**:  Plaintiff's motion for relief from the "Order of Clarification" concerning the availability of a District Judge (Doc. 70) is denied as **MOOT**.

IT IS SO ORDERED.

Dated:   **November 23, 2022**                            _____
                                                                              UNITED STATES DISTRICT JUDGE