UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>  Plaintiff,<br><br>  v.<br><br>VASQUEZ, et al.,<br><br>  Defendants. | No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER SETTING DEADLINE FOR COMPLETION OF LIMITED DISCOVERY AND SETTING DATE FOR EVIDENTIARY HEARING**<br><br>**Limited Discovery Deadline: 2/17/2023**<br><br>**Evidentiary Hearing: 4/6/2023 at 10:00 a.m.** |

Following issuance of the Order Adopting Findings and Recommendations Denying Defendants' Motion for Summary Judgment (Doc. 136), this Court now sets a deadline for the completion of limited discovery, as well as an evidentiary hearing.

**1. Deadline for the Completion of Limited Discovery: February 17, 2023**

As set forth in the Findings and Recommendations issued November 7, 2022, on the present record, the Court is unable to ascertain whether Plaintiff has exhausted his administrative remedies as to the deliberate indifference to serious medical needs and sexual assault claims. Accordingly, limited discovery shall commence concerning those two claims. **The parties shall engage in limited discovery forthwith and shall complete this limited discovery no later than Friday, February 17, 2023.** No extensions of time will be entertained absent a showing of extraordinary good cause.

**2.  Evidentiary Hearing to be Held on April 6, 2023, at 10:00 a.m.**

Following the completion of the limited discovery noted above, an evidentiary hearing will be conducted on **Thursday, April 6, 2023, at 10:00 a.m.** before the undersigned. At the hearing, the parties may present testimony and documentary evidence concerning the question of whether Plaintiff exhausted his administrative remedies on the deliberate indifference to serious medical needs and sexual assault claims.

The hearing will be held via Zoom videoconferencing. Defense counsel shall arrange for Plaintiff's participation. Prior to the evidentiary hearing, defense counsel shall contact the undersigned's courtroom deputy at wkusamura@caed.uscourts.gov for the Zoom videoconference connection information. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

**No later than March 7, 2023**, defense counsel shall confer with Plaintiff to determine whether either side will seek to admit documentary evidence at the hearing. If either side wishes to do so, the party shall identify the documents and provide copies of them to the opponent **by March 14, 2023**, *unless* the opponent already has copies of the documents.

The parties shall agree on exhibit numbers to assign to their documentary evidence with Plaintiff's exhibits identified as "Plaintiff's Exhibit" followed by a number, and Defendants' exhibits identified as "Defense Exhibit" followed by a number. The parties may also mark exhibits as "Joint Exhibit" followed by a number, if both sides will rely upon the exhibits. Objections to the evidence, if any, must be made during the hearing or they are waived.

**No later than March 30, 2023**, defense counsel shall lodge an exhibit list detailing the documentary evidence (with applicable exhibit numbers) that both sides will seek to introduce at the hearing, as well as copies of the evidence, by email to SKOorders@caed.uscourts.gov. Following the hearing, counsel shall file an exhibit list of all the documentary evidence admitted at the hearing.[1]

---

[1] The Court appreciates these orders place an extra burden on defense counsel. However, because Plaintiff lacks the ability to lodge evidence electronically, placing this burden on defense counsel is unavoidable. Only in this way will the parties and the Court have access to the relevant evidence by the time of the video hearing.

The evidentiary hearing will not be continued absent a showing of extraordinary good cause. The date has been selected to accommodate the undersigned's heavy caseload and demanding calendar.

The parties shall comply with the deadlines outlined in this Order and shall be prepared to participate in the evidentiary hearing on April 6, 2023.

IT IS SO ORDERED.

Dated: __**December 20, 2022**__                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE