UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>   v.<br><br>VASQUEZ, et al.,<br><br>        Defendants. | No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER RESETTING DATE FOR EVIDENTIARY HEARING**<br><br>**Evidentiary Hearing: 4/13/2023 at 10:00 a.m.** |

To better accommodate the procedures outlined in the Court's December 20, 2022 Order, as well as the Court's calendar, the Evidentiary Hearing previously set for April 6, 2023, at 10:00 a.m. is **HEREBY CONTINUED to April 13, 2023, at 10:00 a.m**. via Zoom videoconferencing.

**All other deadlines outlined the Court's December 20, 2022 Order remain in effect.**

IT IS SO ORDERED.

Dated:   **January 5, 2023**                      */s/ Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE