UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VASQUEZ, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

**I.     RELEVANT PROCEDURAL BACKGROUND**

On December 20, 2022, this Court issued an Order, *inter alia*, setting an evidentiary hearing in this matter for April 6, 2023. (Doc. 137.)  On January 5, 2023, the Court issued an Order Resetting Date for Evidentiary Hearing, continuing the hearing from April 6, 2023, to April 13, 2023, at 10:00 a.m. (Doc. 138.)

On January 11, 2023, Defendants filed a Motion for Administrative Relief to Continue April 13, 2023 Hearing. (Doc. 139.) Defense counsel seeks a two-week continuance to April 27, 2023. (*Id*.)

//

//

//

## II. DISCUSSION

Defendants request a continuance of the evidentiary hearing, presently set for April 13, 2023, at 10:00 a.m. Defense counsel states she is scheduled to attend mandatory work-related training for new supervisors from March 20, 2023, through April 21, 2023. Defense counsel states the training presents a conflict for her.

The evidentiary hearing was originally set for April 6, 2023, in an order issued on December 20, 2022. (*See* Doc. 137.) Defense counsel did not seek a continuance following the issuance of that December 20, 2022 order, despite stating that she signed up for the training in October 2022 and becoming aware of a conflict on December 20, 2022.

On January 5, 2023, the Court continued the evidentiary hearing from April 6 to April 13, 2023, to "better accommodate the procedures outlined in the Court's December 20, 2022 Order, as well as the Court's calendar." (Doc. 138.)

Since this case has been pending for several years, because Defendants did not previously indicate a conflict with the earlier hearing date, and the Court cannot accommodate counsel's requested April 27, 2023 date, Defendants' motion will be denied.

## III. CONCLUSION AND ORDER

For the foregoing reasons, Defendants' Motion for Administrative Relief (Doc. 139) is **DENIED**. **All parties shall attend and participate in the evidentiary hearing on April 13, 2023, at 10:00 a.m. via the Zoom videoconference.**

IT IS SO ORDERED.

Dated:  **January 17, 2023**                    /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE

2