UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>VASQUEZ, et al.,<br><br>        Defendants. | No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**DEADLINE: Thursday, March 9, 2023** |

On March 3, 2023, Plaintiff filed "Plaintiff's Request to Compel Production for Discovery Federal Rule of Civil Procedure 37(a)." (Doc. 141.) Plaintiff contends Defendants have failed to produce written discovery relevant to the issues to be determined at the upcoming evidentiary hearing.

Local Rule 230(*l*) generally provides 21 days within which a responding party may file an opposition to a motion. The evidentiary hearing is set for April 13, 2023. Plaintiff contends the discovery he seeks involves the claims at issue for purposes of the evidentiary hearing.

Accordingly, the Court **HEREBY ORDERS** Defendants to respond to Plaintiff's motion to compel **no later than Thursday, March 9, 2023**.

IT IS SO ORDERED.

Dated:   **March 6, 2023**             /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE