UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>  Plaintiff,<br><br>  v.<br><br>VASQUEZ, et al.,<br><br>  Defendants. | No. 1:19-cv-00367-JLT-SKO (PC)<br><br>**ORDER REQUIRING DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL**<br><br>**DEADLINE: Wednesday, March 29, 2023** |

On March 21, 2023, Plaintiff filed "Plaintiffs Motion to Compel Discovery For April 13, 2023 Evidentiary Hearing." (Doc. 147.) Plaintiff contends Defendants' written discovery responses involved "non-responsive answers" or improper objections. (*Id.*)

Local Rule 230(*l*) generally provides 21 days within which a responding party may file an opposition to a motion. In this matter, the evidentiary hearing is set for April 13, 2023, and Plaintiff contends the discovery he seeks concerns the claims at issue for purposes of the evidentiary hearing. Therefore, the Court **HEREBY ORDERS** Defendants to respond to Plaintiff's motion to compel **no later than Wednesday, March 29, 2023**.

IT IS SO ORDERED.

Dated:   **March 24, 2023**                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE