1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY WILLIAM CORTINAS,                    Case No. 1:19-cv-00367-JLT-SKO (PC)

12              Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS FOLLOWING
13        v.                                     EVIDENTIARY HEARING

14   VASQUEZ, et al.,                            (Doc. 157)

15              Defendants.

16

17        Plaintiff seeks to hold the defendants liable for civil rights violations pursuant to 42

18   U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        Following an evidentiary hearing, the magistrate judge recommended Plaintiff's deliberate

21   indifference to serious medical needs claim against Defendant Ramos be permitted to proceed,

22   and that his sexual assault claims against all Defendants be dismissed with prejudice. (Doc. 157.)

23   The Court advised the parties that any objections were due within fourteen days and that the

24   "failure to file objections within the specified time may result in waiver of his rights on appeal."

25   (*Id.* at 19-20, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*,

26   923 F.2d 1391, 1394 (9th Cir. 1991)). Plaintiff timely filed his objections.[1] (Doc. 158.)

27   _____

28   [1] Plaintiff signed and dated his objections on June 26, 2023, and the accompanying proof of service
     reflects the objections were mailed on June 28, 2023.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 20, 2023 (Doc. 157) are **ADOPTED** in full.

2. Plaintiff's deliberate indifference to serious medical needs claim against Defendant Ramos **SHALL** proceed.

3. Plaintiff's sexual assault claims against all Defendants are **DISMISSED** with prejudice.

4. This action proceeds on the following claims: Eighth Amendment excessive force claims against Defendants Vasquez, Fisher and Washington, and an Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Ramos; and

5. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 27, 2023**

UNITED STATES DISTRICT JUDGE

2