1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY WILLIAM CORTINAS,              Case No. 1:19-cv-00367-JLT-SKO (PC)

12                 Plaintiff,             **ORDER EXTENDING REMAINING
                                          DISCOVERY DEADLINES**
13          v.

14   VASQUEZ, et al.,                     **Discovery Cut-Off Date: 4/30/2024**

15                 Defendants.            **Dispositive Motion Deadline: 7/1/2024**

16

17          This action proceeds on Plaintiff's excessive force claims against Defendants Vasquez,

18   Fisher and Washington, and deliberate indifference to serious medical needs claim against

19   Defendant Ramos.

20          **I.      INTRODUCTION**

21          On October 2, 2023, following the issuance of District Judge Jennifer L. Thurston's Order

22   Adopting Findings and Recommendations Following Evidentiary Hearing, the Court issued its

23   Order Setting Remaining Discovery Deadlines. (Doc. 164.) The deadline for the completion of

24   discovery was set for March 1, 2024, and the deadline for the filing of dispositive motions was set

25   for May 1, 2024. (*Id.*)

26          On February 21, 2024, Defendants filed a Motion to Modify Discovery and Scheduling

27   Order. (Doc. 165.)

28   //

## II.    DISCUSSION

Defendants move to extend the discovery and dispositive motion deadlines due to Plaintiff's impending release from incarceration. (Doc. 165.) The motion is supported by the Declaration of David E. Kuchinsky. (*Id*. at 5-6.) Defense counsel states Plaintiff is scheduled to be released on or before February 29, 2024, and it is not yet known where Plaintiff will be located upon his release or what technology may be available to him to participate in a video deposition. (*Id*. at 5, ¶ 2.) Counsel states he intends to work with Plaintiff to schedule an appropriate date, time and location, but cannot do so until Plaintiff is released and arrives at his new housing. (*Id*.)

Counsel states Defendants have diligently investigated and defended this matter, including propounding discovery to Plaintiff on January 16, 2024. (*Id*. at 5, ¶ 3.) Counsel received Plaintiff's discovery responses on February 14, 2024, and must depose Plaintiff as his claims appear "to be directly contradicted by institutional documentation" and Defendants' recollections, making a deposition critical to an assessment of liability and damages, whether a genuine dispute of material fact exists, and to preparing for trial. (*Id*. at 5, ¶ 4.) Counsel believes a sixty-day extension of the discovery and dispositive motion deadlines is reasonable, allowing for Plaintiff's deposition and its evaluation, and the preparation of any dispositive motion. (*Id*. at 5, ¶ 5.) He requests that "any motions relating to Plaintiff's deposition testimony, including any failure to attend the deposition, be due within fourteen days of Plaintiff's deposition." (*Id*.) Counsel states the request is not made for any improper purpose, but to ensure adequate representation and efficient resolution, and it would cause Plaintiff any undue prejudice or burden. (*Id*. at 6, ¶ 6.) Counsel seeks an extension of the discovery deadline to April 30, 2024, a fourteen-day deadline for filing any motion related to Plaintiff's to-be-scheduled deposition, and an extension of the dispositive motion deadline to July 1, 2024. (*Id*. at 6, ¶ 7.)

## III.    CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to modify the discovery and dispositive motion deadlines (Doc. 165) is **GRANTED**;

2. The deadline for the completion of discovery is extended from March 1, 2024 to **April**

2

**30, 2024**;

3.   Any motion relating to Plaintiff's to-be-scheduled deposition shall be filed **within fourteen days** after the scheduled deposition, if necessary; and

4.   The deadline for the filing of any dispositive motion is extended from May 1, 2024 to **July 1, 2024**.

IT IS SO ORDERED.

Dated:   **February 22, 2024**                        /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE