UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>                       Plaintiff,<br><br>            v.<br><br>VASQUEZ, et al.,<br><br>                       Defendants. | Case No. 1:19-cv-00367-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 173) |

Larry William Cortinas seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge recommended this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute, addressing Plaintiff's failure to keep the Court apprised of his current address. (Doc. 173.) The magistrate judge advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) More than 14 days have passed, yet no objections have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations to be supported by the record and proper analysis. Accordingly, the Court ORDERS:

1. The Findings and Recommendations issued on August 9, 2024 (Doc. 173) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:  **August 29, 2024**

UNITED STATES DISTRICT JUDGE